```
1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant U.S. Attorney
3  KATHERINE A. PLANTE
   Special Assistant U.S. Attorney
4  2500 Tulare Street, Suite 4401
   Fresno, California 93721
5  Telephone: (559) 497-4000

6
   Attorneys for Plaintiff
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:15-mj-00102-GSA |
|---|---|
| Plaintiff, | |
| v. | MOTION TO DISMISS DEFENDANT KATHRYN WAGHER FROM THE COMPLAINT; ORDER |
| KATHRYN WAGHER, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, Grant B. Rabenn, Assistant U.S. Attorney, and Katherine A. Plante, Special Assistant United States Attorney, hereby moves to dismiss the charges in the above-entitled complaint against KATHRYN WAGHER, only, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 4, 2015          Respectfully submitted,

                               BENJAMIN B. WAGNER
                               United States Attorney

                           By:    /s/ Katherine A. Plante
                               KATHERINE A. PLANTE
                               Special Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:15-mj-00102-GSA |
|---|---|
| Plaintiff, | |
| v. | ORDER ON THE GOVERNMENT'S MOTION TO DISMISS DEFENDANT KATHRYN WAGHER FROM THE COMPLAINT |
| KATHRYN WAGHER, | |
| Defendant. | |

IT IS HEREBY ORDERED that the charges as to Kathryn Wagher, only, in the above-entitled case be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __August 5, 2015__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2